JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVIE B. JACKSON, | No. CV 06-6929-MMM (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL KNOWLES, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 30, 2010

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE